**No. 09-8197. Sherrod Tillis, Petitioner v. Illinois.**

559 U.S. 951, 130 S. Ct. 1535, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1159.

February 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 387 Ill. App. 3d 1182, 367 Ill. Dec. 213, 981 N.E.2d 538.

**No. 09-8199. Jonathan Bolls, Petitioner v. W. Scott Street, III, Secretary, Virginia Board of Bar Examiners.**

559 U.S. 951, 130 S. Ct. 1535, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1438.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-8208. Lynn A. Padgett, Petitioner v. Karen Reid Bramblett, Prothonotary, Superior Court of Pennsylvania.**

559 U.S. 951, 130 S. Ct. 1536, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1410.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

**No. 09-8212. Barry Reese, Petitioner v. United States.**

559 U.S. 951, 130 S. Ct. 1537, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1362,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 329 Fed. Appx. 324.

**No. 09-8218. Ivory Dean Perdue, Petitioner v. United States.**

559 U.S. 951, 130 S. Ct. 1537, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1460.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 572 F.3d 288.

**No. 09-8222. Pierre Genevier, Petitioner v. Brian DeMore.**

559 U.S. 951, 130 S. Ct. 1537, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1404,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 329 Fed. Appx. 152.

**No. 09-8228. Chauncey Lamont Montague, Petitioner v. Virginia.**

559 U.S. 951, 130 S. Ct. 1537, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1456.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 278 Va. 532, 684 S.E.2d 583.

**No. 09-8248. Brian Lee Nestor, Petitioner v. United States.**

559 U.S. 951, 130 S. Ct. 1537, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1358.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 574 F.3d 159.